**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 02-2257**

───────────────

JOYCE S. KIMBLE,

                                   Plaintiff - Appellant,

        versus

MONTGOMERY     COUNTY    BOARD     OF    EDUCATION;
MONTGOMERY COUNTY PUBLIC SCHOOLS; MONTGOMERY
COUNTY   GOVERNMENT;   JERRY   D.   WEAST,   Dr.,
Superintendent,   Montgomery   County   Public
Schools;  PAUL  VANCE,  Dr.,  Superintendent,
District of Columbia Public Schools; KATHERINE
GUTTERMAN, Division of Insurance & Retirement,
Montgomery   County   Public   Schools;   ANN
KAMENSTEIN,   Human   Resources   Compliance
Specialist, Montgomery County Public Schools;
GARY LEVINE, Montgomery County Public Schools,
Department  of  Human  Resources;  ELIZABETH
ARONS,   Dr.,   Associate   Superintendent,
Montgomery County Public Schools; RAE WHITE,
Gaithersburg High School; FRED S. EVANS,

                                   Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
01-3715-PJM)

───────────────

Submitted:  January 16, 2003        Decided:  January 22, 2003

───────────────

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

---

Joyce S. Kimble, Appellant Pro Se. Patricia Prestigiacomo Via, Assistant County Attorney, Rockville, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joyce S. Kimble appeals the district court's orders denying relief on her 42 U.S.C. § 1983 (2000) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Kimble v. Montgomery County Bd. of Educ., No. CA-01-3715-PJM (D. Md. July 31, 2002; Oct. 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED